# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| BOBBY ASKEW, PORTER BUTLER, and JOSEPH MCDUFFIE, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:18-cv-0309 |
| v. | ) ) | |
| THE SOUTHERN PAN EMPLOYEE STOCK OWNERSHIP PLAN; AMERICAN STRUCTURAL CONCRETE, LLC f/k/a SOUTHERN PAN STRUCTURES et al. (see attachment for full caption) | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Structural Concrete, LLC f/k/a Southern Pan Structures LLC
Mr. Patrick R. Norris, Registered Agent for Service
1180 West Peachtree Street, NW, Suite 2450
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason L. Crawford
Daughtery, Crawford & Brown, LLP
P.O. Box 1118
Columbus, GA 31902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  01/22/2018

s/ Devin Barfield
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*


_____
*Printed name and title*



_____
*Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BOBBY ASKEW, PORTER BUTLER, and JOSEPH MCDUFFIE, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| THE SOUTHERN PAN EMPLOYEE STOCK OWNERSHIP PLAN; AMERICAN STRUCTURAL CONCRETE, LLC f/k/a SOUTHERN PAN STRUCTURES LLC, as successor-in-interest to SOUTHERN PAN SERVICES COMPANY, in its capacity as SPONSOR or FIDUCIARY of the Southern Pan Employee Stock Ownership Plan; KEN DICKEY and JEREMY CANTRILL, in their respective capacities as PLAN ADMINISTRATORS or FIDUCIARIES of the Southern Pan Company Employee Stock Ownership Plan | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |