# FULTON COUNTY MARSHAL DEPARTMENT
## SERVICE OF PROCESS FOR COMPLAINTS
### SECOND ORIGINAL

18MR00129

**Attorney or Plaintiff Name and Address:**
Jason Lance Crawford;
& Fryhofer 500 Second Ave
P O Box 2766
Columbus GA 31902;

COST PAID
FEB 01 2018
Fulton County Marshal's Dept.
Receipt # FCMD20180144
20/AP

**Case #:** U.S. DISTRICT COURT 118CV00309
**Fulton County Case #:** 18MR00129

IN THE **UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA** COURT OF GEORGIA

**Name and Address of PLAINTIFF:**
Bobby Askew; Porter Butler; Joseph McDuffie

vs.

**Name and Address of PERSON TO BE SERVED:**
AMERICAN STRUCTURAL CONCRETE LLC
F/K/A/ SOUTHERN PAN STRUCTURES LLC
Attn: R/A PATRICK R NORRIS
1180 W PEACHTREE ST NW STE 2450
Atlanta GA 30309

**SECOND ORIGINAL**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____ personally with a copy of the within action and summons.
This ___ day of ___, ___.
DEPUTY MARSHAL

**NOTORIOUS**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ___
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of ___, a ___
described as follows: Age, about ___ years; weight, about ___ lbs; height, about ___ ft. ___ in.,
Domiciled at the residence of the defendant(s).
This ___ day of ___, ___.
DEPUTY MARSHAL

**CORPORATION**
GEORGIA, FULTON COUNTY
Served the defendant ___, a corporation, by leaving a copy of the within action and summons with ___ in charge of the office and doing business of said corporation, in Fulton County, Georgia.
This ___ day of ___, ___.
DEPUTY MARSHAL

**BETTER ADDRESS**
GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s): American Structual Concrete
Not to be found in the jurisdiction of said Court for the following reason: Left several cards No Response

**NON-EST**
Please furnish this office with a new service form with the correct address.
This 2 day of March 2018
Bradley 425
DEPUTY MARSHAL

*Received FC Marshal 1-Feb-18 @ 8:57 AM*