## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BOBBY ASKEW, PORTER BUTLER, and JOSEPH MCDUFFIE, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:18-CV-00309-MHC |
| THE SOUTHERN PAN EMPLOYEE STOCK OWNERSHIP PLAN, AMERICAN STRUCTURAL CONCRETE, LLC f/k/a Southern Pan Structures, as successor-in-interest to Southern Pan Services Company in its capacity as SPONSOR or FIDUCIARY of the Southern Pan Employee Stock Ownership Plan, KEN DICKEY and JEREMY CANTRILL, in their capacities as PLAN ADMINISTRATORS or FIDUCIARIES of the Southern Pan Employee Stock Ownership Plan, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## AMERICAN STRUCTURAL CONCRETE, LLC'S
## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant

American Structural Concrete, LLC ("ASC") files and serves its Answer and

Affirmative Defenses to the Class Action Complaint of Bobby Askew, Porter Butler, and Joseph McDuffie (collectively the "Plaintiffs") showing this Court as follows:

<u>**AFFIRMATIVE DEFENSES**</u>

<u>**FIRST DEFENSE**</u>

Plaintiffs' Complaint should be dismissed based on the failure to state a claim upon which relief may be granted.

<u>**SECOND DEFENSE**</u>

Plaintiffs' Complaint should be dismissed based upon the failure of Plaintiffs to meet the requirements for certification of a class under Rule 23 of The Federal Rules of Civil Procedure.

<u>**THIRD DEFENSE**</u>

Plaintiffs' Complaint should be dismissed because the injury alleged suffered by the Plaintiffs was not caused proximately by any act of omission of ASC.

<u>**FOURTH DEFENSE**</u>

Plaintiffs' Complaint should be dismissed based upon the running of the applicable statutes of limitation.

## FIFTH DEFENSE

Plaintiff's Complaint should be dismissed because ASC is not the successor-in-interest to Southern Pan Services Company ("Services").

## SIXTH DEFENSE

Plaintiff's Complaint should be dismissed based upon the failure of conditions precedent to the Plaintiffs' ability to assert the claims presented.

## SEVENTH DEFENSE

Plaintiffs' Complaint should be dismissed because any damages claimed by Plaintiffs' were the result of an intervening and superseding cause.

## EIGHTH DEFENSE

Plaintiffs' Complaint should be dismissed because any damages claimed by Plaintiffs were the result of the acts and omissions of third persons for whom ASC is not responsible.

## NINTH DEFENSE

Plaintiffs' Complaint should be dismissed based upon the failure to join an indispensable party.

## TENTH DEFENSE

Plaintiffs' Complaint should be dismissed due to the failure of Plaintiffs to exhaust their administrative remedies.

## ELEVENTH DEFENSE

Plaintiffs' Complaint is barred in whole or in part by application of the doctrines of unclean hands, waiver, estoppel, and/or laches.

## TWELFTH DEFENSE

Plaintiffs' claims are barred by the failure to plead fraud with the requisite particularity.

## THIRTEENTH DEFENSE

Plaintiffs' Complaint should be dismissed based upon the failure of conditions precedent.

## FOURTEENTH DEFENSE

ASC reserves the right to assert other defenses that may be revealed through discovery in this action.

## ANSWER

Subject to and without waiving the foregoing Affirmative Defenses, ASC responds to the individually numbered paragraphs in Plaintiffs' Complaint as follows:

Parties, Jurisdiction, and Venue

1.

ASC denies the averments contained in paragraph 1 of Plaintiffs' Complaint generally and specifically denies (a) that ASC is the successor-in-interest to

Services or (b) that ASC was a fiduciary under the Southern Pan Services Company Employee Stock Ownership Plan (the "Plan").

2.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 2 of Plaintiffs' Complaint; therefore, those averments are denied.

3.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 3 of Plaintiffs' Complaint; therefore, those averments are denied.

4.

To the extent that Plaintiffs allege that they were employees of ASC at any time, ASC denies the averments in Paragraph 4 of Plaintiffs' Complaint. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 4 of Plaintiffs' Complaint; therefore, those averments are denied.

5.

ASC admits that this Court has jurisdiction over the subject matter of the claims asserted in this action relating to the Plan and that venue is proper in this

Court as to ASC.  The remaining averments contained in paragraph 5 of Plaintiffs' Complaint do not require a response from ASC.  To the extent a response is required, ASC denies those averments.

<u>The Plan</u>

6.

ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 6 of Plaintiffs' Complaint; therefore, those averments are denied.

7.

The "Plan" as referenced in Plaintiffs' Complaint is in writing and the document is the best evidence of its terms.  ASC denies the averments contained in paragraph 7 of Plaintiffs' Complaint to the extent they vary from or contradict the written Plan.

8.

The Plan is in writing and the document is the best evidence of its terms. ASC denies the averments contained in paragraph 8 of Plaintiffs' Complaint to the extent they vary from or contradict the written Plan.

9.

The Plan is in writing and the document is the best evidence of its terms. ASC denies the averments contained in paragraph 9 of Plaintiffs' Complaint to the extent they vary from or contradict the written Plan.

10.

The "Summary Plan Description" as referenced in Plaintiffs' Complaint is in writing and the document is the best evidence of its terms.  ASC denies the averments contained in paragraph 10 of Plaintiffs' Complaint to the extent they vary from or contradict the written Summary Plan Description.

11.

The Summary Plan Description is in writing and the document is the best evidence of its terms.  ASC denies the averments contained in paragraph 11 of Plaintiffs' Complaint to the extent they vary from or contradict the written Summary Plan Description.

Plaintiffs' Vested Benefits

12.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 12 of Plaintiffs' Complaint; therefore, those averments are denied.

13.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 13 of Plaintiffs' Complaint; therefore, those averments are denied.

14.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 14 of Plaintiffs' Complaint; therefore, those averments are denied.

15.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 15 of Plaintiffs' Complaint; therefore, those averments are denied.

16.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 16 of Plaintiffs' Complaint; therefore, those averments are denied.

17.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 17 of Plaintiffs' Complaint; therefore, those averments are denied.

### Defendants' Additional Malfeasance

18.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 18 of Plaintiffs' Complaint; therefore, those averments are denied.

19.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 19 of Plaintiffs' Complaint; therefore, those averments are denied.

20.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 20 of Plaintiffs' Complaint; therefore, those averments are denied.

21.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 21 of Plaintiffs' Complaint; therefore, those averments are denied.

22.

ASC admits that a communication from Services is attached to Plaintiffs' Complaint as Exhibit C.  The contents of that communication are in writing and are the best evidence of the substance of the communication.   ASC denies the averments contained in paragraph 22 of Plaintiffs' Complaint to the extent they vary from or contradict the written document.

23.

ASC states upon information and belief that Services was administratively dissolved by the Georgia Secretary of State on December 7, 2016.  ASC denies that Services "re-formed as Southern Pan Structures, LLC with the same principals, same physical address, same core business, same clients, and same employees."  ASC admits that it was formerly known as Southern Pan Structures, LLC.   ASC denies the remaining averments contained in paragraph 23 of Plaintiffs' Complaint.

Plaintiffs' Written Requests for Plan Documents

24.

ASC admits that a copy of a letter dated November 17, 2016, was attached to Plaintiffs' Complaint.  ASC is without sufficient information or knowledge to admit or deny whether the letter was actually delivered to the addressees.  ASC states that the letter is in writing and is the best evidence of its contents.  ASC denies the averments contained in paragraph 24 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

25.

ASC admits that a copy of a letter dated December 1, 2016, authored by ASC's counsel was attached to Plaintiffs' Complaint.  ASC states that the letter is in writing and is the best evidence of its contents.  ASC denies the averments contained in paragraph 25 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

26.

ASC admits that a copy of a letter dated January 13, 2017, was attached to Plaintiff's Complaint.  ASC is without sufficient knowledge or information to admit or deny whether the letter was actually delivered to the addressee.  ASC states that the letter is in writing and is the best evidence of its contents.  ASC

denies the averments contained in paragraph 26 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

27.

ASC admits that a copy of an email message dated April 5, 2017, was attached to Plaintiffs' Complaint.   ASC is without sufficient knowledge or information to admit or deny whether the email was actually delivered to the addressee.   ASC states that the email is in writing and is the best evidence of its contents.   ASC denies the averments contained in paragraph 27 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

28.

ASC admits that a copy of an email message dated April 10, 2017, was attached to Plaintiffs' Complaint.   ASC is without sufficient knowledge or information to admit or deny whether there were enclosures delivered with the letter.   ASC states that the email is in writing and is the best evidence of its contents.   ASC denies the averments contained in paragraph 28 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

29.

ASC states that the email referenced in paragraph 29 of Plaintiffs' Complaint is in writing and is the best evidence of its contents.   ASC denies the

averments contained in paragraph 29 of Plaintiffs' Complaint to the extent they vary from or contradict the document.

30.

ASC admits that copies of three letters dated July 6, 2017, were attached to Plaintiffs' Complaint.  ASC is without sufficient knowledge or information to admit or deny whether the letters were actually delivered to the addressee.  ASC states that the letters are in writing and that they are the best evidence of their contents.  ASC denies the averments contained in paragraph 30 of Plaintiffs' Complaint to the extent they vary from or contradict the documents.

31.

ASC denies that it failed to respond to any request for benefits made by the Plaintiffs.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 31 of Plaintiffs' Complaint; therefore, those averments are denied.

32.

ASC denies the averments contained in paragraph 32 as they relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 32 of Plaintiffs' Complaint; therefore, those averments are denied.

33.

ASC denies the averments contained in paragraph 33 as they relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 33 of Plaintiffs' Complaint; therefore, those averments are denied.

Plaintiffs' Claims

Count I – For Benefits: 29 U.S.C. § 1132(a)(1)(B)

34.

Paragraph 34 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 34 of Plaintiffs' Complaint.

35.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 35 of Plaintiffs' Complaint; therefore, those averments are denied.

36.

ASC denies the averments contained in paragraph 36 of Plaintiff's Complaint as they relate to ASC.  ASC is without sufficient knowledge or

information to admit or deny the remaining averments contained in paragraph 36 of Plaintiffs' Complaint; therefore, those averments are denied.

37.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 37 of Plaintiffs' Complaint; therefore, those averments are denied.

38.

ASC denies the averments contained in paragraph 36 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 38 of Plaintiffs' Complaint; therefore, those averments are denied.

Count II – Penalties Under 29 U.S.C. § 1132(c)

39.

Paragraph 39 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 39 of Plaintiffs' Complaint.

40.

Paragraph 40 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 40 of Plaintiffs' Complaint.

41.

ASC denies the averments contained in paragraph 41 of Plaintiffs' Complaint.

42.

ASC denies that it has failed to produce documents.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 42 of Plaintiffs' Complaint; therefore, those averments are denied.

43.

ASC denies the averments contained in paragraph 43 of Plaintiff's Complaint as they relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 43 of Plaintiffs' Complaint; therefore, those averments are denied.

44.

ASC denies the averments contained in paragraph 44 of Plaintiff's Complaint as they relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 44 of Plaintiffs' Complaint; therefore, those averments are denied.

<u>Count III – Breach of Fiduciary Duty Under 29 U.S.C. §§ 1132(a)(2) and (a)(3)</u>

45.

Paragraph 45 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 45 of Plaintiffs' Complaint.

46.

Paragraph 46 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 46 of Plaintiffs' Complaint.

47.

Paragraph 47 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 47 of Plaintiffs' Complaint.

48.

Paragraph 48 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 48 of Plaintiffs' Complaint.

49.

Paragraph 49 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 49 of Plaintiffs' Complaint.

50.

ASC denies the averments contained in paragraph 50 of Plaintiffs' Complaint as they relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 50 of Plaintiffs' Complaint; therefore, those averments are denied.

51.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 51 of Plaintiffs' Complaint; therefore, those averments are denied.

52.

ASC denies the averments contained in paragraph 52 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 52 of Plaintiffs' Complaint; therefore, those averments are denied.

53.

ASC denies the averments contained in paragraph 53 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 53 of Plaintiffs' Complaint; therefore, those averments are denied.

54.

ASC denies the averments contained in paragraph 54 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 54 of Plaintiffs' Complaint; therefore, those averments are denied.

55.

ASC denies the averments contained in paragraph 55 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge

or information to admit or deny the remaining averments contained in paragraph 55 of Plaintiffs' Complaint; therefore, those averments are denied.

56.

ASC denies the averments contained in paragraph 56 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 56 of Plaintiffs' Complaint; therefore, those averments are denied.

57.

ASC denies the averments contained in paragraph 57 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 57 of Plaintiffs' Complaint; therefore, those averments are denied.

58.

ASC denies the averments contained in paragraph 58 of Plaintiff's Complaint as those averments relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 58 of Plaintiffs' Complaint; therefore, those averments are denied.

59.

ASC denies the averments contained in paragraph 59 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 59 of Plaintiffs' Complaint; therefore, those averments are denied.

60.

ASC denies the averments contained in paragraph 60 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 60 of Plaintiffs' Complaint; therefore, those averments are denied.

61.

ASC denies the averments contained in paragraph 61 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 61 of Plaintiffs' Complaint; therefore, those averments are denied.

62.

ASC denies the averments contained in paragraph 62 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge

or information to admit or deny the remaining averments contained in paragraph 62 of Plaintiffs' Complaint; therefore, those averments are denied.

63.

ASC denies the averments contained in paragraph 63 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 63 of Plaintiffs' Complaint; therefore, those averments are denied.

64.

ASC denies the averments contained in paragraph 64 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 64 of Plaintiffs' Complaint; therefore, those averments are denied.

65.

ASC denies the averments contained in paragraph 65 of Plaintiff's Complaint as those averments relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 65 of Plaintiffs' Complaint; therefore, those averments are denied.

Class Allegations

66.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 66 of Plaintiffs' Complaint; therefore, those averments are denied.

67.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 67 of Plaintiffs' Complaint; therefore, those averments are denied.

68.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 68 of Plaintiffs' Complaint; therefore, those averments are denied.

69.

ASC denies the averments contained in paragraph 69 as they relate to ASC. ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 69 of Plaintiffs' Complaint; therefore, those averments are denied.

Class Definition:  The Identity of the
<u>Class Members Can Be Readily Determined</u>

70.

Paragraph 70 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 70 of Plaintiffs' Complaint.

71.

Paragraph 71 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 71 of Plaintiffs' Complaint and ASC denies that a class should be certified in this action.

72.

ASC denies the averments contained in paragraph 72 of Plaintiffs' Complaint as they relate to ASC.  ASC is without sufficient knowledge or information to admit or deny the remaining averments contained in paragraph 72 of Plaintiffs' Complaint; therefore, those averments are denied.

73.

Paragraph 73 of Plaintiffs' Complaint does not contain averments of fact that require a response from ASC.  To the extent a response is required, ASC denies the averments contained in paragraph 73 of Plaintiffs' Complaint.

## The Class Satisfies The Numerosity Requirement

### 74.

ASC is without sufficient knowledge or information to admit or deny the averments contained in paragraph 74 of Plaintiffs' Complaint; therefore, those averments are denied.

## Questions Of Law And Fact Common To The Class Exist

### 75.

Upon information and belief, ASC denies the averments contained in paragraph 75 of Plaintiffs' Complaint.

## Plaintiffs' Claims Are Typical

### 76.

Upon information and belief, ASC denies the averments contained in paragraph 76 of Plaintiffs' Complaint.

## Plaintiffs' And Their Counsel Will Adequately Represent The Class

### 77.

Upon information and belief, ASC denies the averments contained in paragraph 77 of Plaintiffs' Complaint.

78.

Upon information and belief, ASC denies the averments contained in paragraph 78 of Plaintiffs' Complaint.

<u>Common Questions Of Law Or Fact Predominate Over Individual Issues</u>

79.

Upon information and belief, ASC denies the averments contained in paragraph 79 of Plaintiffs' Complaint.

<u>A Class Action Is Superior To Other Methods Of Resolution</u>

80.

Upon information and belief, ASC denies the averments contained in paragraph 80 of Plaintiffs' Complaint.

81.

Upon information and belief, ASC denies the averments contained in paragraph 81 of Plaintiffs' Complaint.

82.

Upon information and belief, ASC denies the averments contained in paragraph 82 of Plaintiffs' Complaint.

83.

Upon information and belief, ASC denies the averments contained in paragraph 83 of Plaintiffs' Complaint.

84.

ASC denies that Plaintiffs are entitled to any of the relief sought in the *ad damnum* paragraph of Plaintiffs' Complaint.

85.

ASC denies each and every averment contained in Plaintiffs' Complaint that is not specifically admitted or denied above.

WHEREFORE, having responded fully to Plaintiffs' Complaint and having shown the same to be without merit, ASC prays this Court:

(1)     Deny Plaintiffs' request for certification of a class as identified in Plaintiffs' Complaint;

(2)     Enter judgment against Plaintiffs and in favor of ASC on each and every Count contained in the Complaint;

(3)     Tax all costs of this action against Plaintiffs;

(4)     Award ASC its attorneys' fees and expenses of this litigation; and

(5)     Grant such other and further relief as the Court deems just and proper.

This 19th day of June, 2018.

Respectfully submitted,

JAMES-BATES-BRANNAN-GROOVER-LLP

By: _/s/_  William J. Sheppard_____
    William J. Sheppard
    Georgia Bar No. 641980

Attorneys for ASC

3399 Peachtree Road
Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing **AMERICAN STRUCTURAL CONCRETE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES** has been prepared in Time New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1B.

This 19th day of June, 2018.

JAMES-BATES-BRANNAN-GROOVER-LLP


By: /s/ William J. Sheppard
    William J. Sheppard

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **AMERICAN STRUCTURAL CONCRETE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES** was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to all counsel of record.

This 19th day of June, 2018.

By: /s/ William J. Sheppard
William J. Sheppard