IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY ASKEW, PORTER BUTLER, and JOSEPH MCDUFFIE, on behalf of themselves and others similarly situated, | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE |
| THE SOUTHERN PAN EMPLOYEE STOCK OWNERSHIP PLAN; AMERICAN STRUCTURAL CONCRETE, LLC f/k/a SOUTHERN PAN STRUCTURES, as successor-in-interest to SOUTHERN PAN SERVICES COMPANY, in its capacity as Sponsor or Fiduciary of the Southern Pan Employee Stock Ownership Plan; KEN DICKEY and JEREMY CANTRILL, in their respective capacities as Plan Administrators or Fiduciaries of the Southern Pan Company Employee Stock Ownership Plan, | NO. 1:18-CV-309-MHC |
| Defendants. | |

## ORDER

The parties have submitted to the Court a Joint Proposed Third Amended Scheduling Order [Doc. 102].[1]  In this proposal, the parties indicate that they have agreed "to terms of a proposed global settlement that would resolve all claims asserted in this action and propose to set deadlines for submission of the proposed settlement agreement and review and consideration by the Court." Id. at 2.  The parties also state that the proposed settlement "has no impact on the Court's consideration of ASC's Motion for Rule 11 Sanctions" and "[t]he parties request that the Court hold the hearing scheduled for July 29, 2019, with regard to that motion." Id. at 3.

It is hereby **ORDERED** that the parties shall file, within thirty (30) days of the date of this Order, a Joint Motion for Preliminary Approval of Class Action Settlement, which shall, at a minimum, contain the following:

(1)     the proposed settlement class and a discussion of why the proposed class satisfies the applicable requirements of Rule 23 of the Federal Rules of Civil Procedure;

(2)     the terms of the proposed settlement and a discussion of why the

---

[1] The Court notes that the Joint Proposed Second Amended Scheduling Order [Doc. 87] was not adopted.

proposed settlement warrants preliminary approval;

(3)     the proposed procedure for notification of class members (including

the appointment of a proposed settlement administrator);

(4)     the proposed procedure for filing claims and objections to the

proposed settlement; and

(5)     the proposed deadlines for issuing notice, filing an objection, opting-

out of the settlement, filing claims, filing a motion for final approval,

and scheduling a final approval hearing.

It is further **ORDERED** that, at the time of the filing of the above motion, the

parties shall submit to the Court a proposed preliminary approval order containing

the information required by the Court.

It is further **ORDERED** that all pre-trial deadlines shall be tolled until

further Order of the Court, and that discovery in this case shall be deemed closed.

**IT IS HEREBY ORDERED** this _18th_ day of July, 2019.


MARK H. COHEN
United States District Judge

3