IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY ASKEW, PORTER BUTLER, )<br>and JOSEPH MCDUFFIE, on behalf of )<br>themselves and others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOUTHERN PAN EMPLOYEE )<br>STOCK OWNERSHIP PLAN; )<br>AMERICAN STRUCTURAL )<br>CONCRETE, LLC f/k/a SOUTHERN )<br>PAN STRUCTURES LLC, )<br>as successor-in-interest to SOUTHERN )<br>PAN SERVICES COMPANY, in its )<br>capacity as SPONSOR or FIDUCIARY )<br>of the Southern Pan Employee Stock )<br>Ownership Plan; KEN DICKEY and )<br>JEREMY CANTRILL, in their )<br>respective capacities as PLAN )<br>ADMINISTRATORS or FIDUCIARIES )<br>of the Southern Pan Company Employee )<br>Stock Ownership Plan )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:18-cv-00309-MHC |

**SUPPLEMENTAL BRIEF IN SUPPORT OF JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

On August 19, 2019, the parties filed (1) the Stipulation of Settlement with

its exhibits, which included (a) the proposed class claim form, (b) a proposed

Order of Judgment and Dismissal, (c) the proposed class notice, and (d) a proposed

1

Order preliminarily approving the settlement and settlement procedures. On that same date, the parties filed a comprehensive brief detailing the parties' proposed settlement and procedures for providing notice to the absent class members.

Subsequent to that date, class counsel received quotes from two different potential settlement administration companies for the services required by the original Stipulation of Settlement. The two companies are KCC and Rust Consulting. The quote from KCC totaled $72,825. The Rust Consulting quote totaled $72,694.

The proposed settlement includes a gross class benefit of $260,000, with expenses, including for the Settlement Administrator, being paid out of the gross class benefit. Accordingly, the settlement administration costs, if conducted as set forth in the original Stipulation of Settlement, would amount to more than 33% of the gross class benefit.

Both of these quotes, however, include large amounts for publication notice in the national newspapers, the New York Times ($18,191), the Wall Street Journal ($13,200), and USA Today ($10,136). Thus, if the parties (with the Court's approval) removed the national newspaper publications, the settlement administration costs would be reduced by $41,527. That savings would reduce the cost of administration to $31,298.

Class counsel propose eliminating the national newspaper publication so as to reduce the percentage for the settlement administration costs to 12% of the gross class benefit. If the Court allows this modification, the class will still receive publication notice in the local newspaper, the Atlanta Journal-Constitution. Since Defendants' primary offices and operations were in the Atlanta area, the vast majority of class members lived in the metro-Atlanta area while they were employed by Defendants. Although there were some employees who lived in other states, those employees were typically short-term employees hired for a particular job, and their interests in the ESOP are typically small and only partially vested. Many such employees will fall into the *de minimis* distribution category. The parties believe that publication in the Atlanta Journal-Constitution only will not significantly reduce the effectiveness of the publication notice.

The United States Supreme Court has held that class members are entitled to "'the best notice practicable under the circumstances including individual notice to all members who can be identified through reasonable effort.'" Eisen v. Carlisle & Jacqueline, 417 U.S. 156, 173 n.11 (1974) (quoting Fed. R. Civ. P. 23(c)(2)). "Individual notice must be sent to all class members whose names and addresses may be ascertained through reasonable effort." Id. "Rule 23 does not require the parties to exhaust every conceivable method of identifying the individual class

members." Carlough v. Amchem Prods., Inc., 158 F.R.D. 314, 325 (E.D. Pa. 1993). "In determining whether the effort to provide individual notice is 'reasonable,' the court should consider the anticipated results and the costs involved." Toledo Fair Housing Ctr. v. Nationwide Mut. Ins. Co., 94 Ohio Misc.2d 127, 130, 704 N.E.2d 648, 650 (1996).

The proposed notice, as modified herein, is consistent with FED. R. CIV. P. 23(c)(2) and Due Process.  The notice includes:  (1) individual notice to as many class members as can be located through the addresses shown on the account statements dated December 31, 2015; (2) publication of a class notice in the Atlanta Journal Constitution.  Providing publication notice in national newspapers is simply cost prohibitive, at $41527, and would use up too much of the gross class benefit without providing appreciably better actual notice to absent class members.

For this reason, the parties ask the Court to accept their addendum to the Stipulation of Settlement, attached hereto as Exhibit A-1.  The parties ask that the Court enter the [Amended Proposed] Order Granting Joint Motion for Preliminary Approval of Class Action Settlement, attached hereto as Exhibit A-2.  Finally, the parties submit an [Amended Proposed] Final Order and Judgment of Dismissal with Prejudice, attached hereto as Exhibit A-3.

This 26th day of August, 2019.

By: */s/ Paul Sharman*
Paul Sharman
Georgia Bar No. 227207
**The Sharman Law Firm**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: 678.242.5297
Fax: 678.802.2129
Paul@sharman-law.com

 By: */s/ Jason L. Crawford*
Jason L. Crawford
Georgia Bar No. 193752
**Crawford & Brown Law Firm LLP**
Post Office Box 1118
Columbus, GA  31902
Phone: 706.320.9646
Fax: 706.494.0221
jason@crawfordandbrown.com

*Attorneys for Plaintiffs*

By: */s/ Ze'eva R. Kushner\**
Michael P. Bruyere
Georgia Bar No. 090101
Ze'eva R. Kushner
Georgia Bar No. 430416
**Freeman Mathis & Gary, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: 770.818.0000
Fax: 770.937-9960
mbruyere@fmglaw.com
zkushner@fmglaw.com

By: */s/ William J. Sheppard\**
William J. Sheppard
Georgia Bar No. 641980
**James Bates Brannan Groover LLP**
3399 Peachtree Road, Suite 1700
Atlanta, GA  30326
Phone: 404.997.6020
Fax: 404.997.6021
wsheppard@jamesbatesllp.com

*Attorneys for Defendants the Southern Pan Employee Stock Ownership Plan, Ken Dickey, and Jeremy Cantrill*

*Signed with express permission

## CERTIFICATE OF COMPLIANCE

I hereby certify that on August 26th, 2019, the undersigned prepared the foregoing with one of the fonts and point selections approved by the court in Local Rule 5.1(c).

|  |  |
|---|---|
|  | **THE SHARMAN LAW FIRM LLC** |
|  | By: /s/ *Paul J. Sharman* |
|  | Paul J. Sharman |
| 11175 Cicero Drive, Suite 100 | Georgia Bar No. 227207 |
| Alpharetta, GA  30022 | paul@sharman-law.com |
| Phone: 678.242.5297 |  |
| Fax: 678.802.2129 | Counsel for Plaintiffs |
|  |  |
|  | **CRAWFORD & BROWN** |
|  | **LAW FIRM LLP** |
|  | By: /s/ *Jason L. Crawford* |
|  | Jason L. Crawford |
|  | Georgia Bar No. 193752 |
|  | jason@crawfordandbrown.com |
| Post Office Box 1118 | Counsel for Plaintiffs |
| Columbus, GA  31902 |  |
| Phone: 706.320.9646 |  |
| Fax: 706.494.0221 |  |

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to the following counsel of record:

>Mr. Michael P. Bruyere
>Ms. Ze'eva R. Kushner
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA  30339
>
>Mr. William J. Sheppard
>James Bates Brannan Groover LLP
>3399 Peachtree Road, Suite 1700
>Atlanta, GA  30326

This 26th day of August, 2019.

**THE SHARMAN LAW FIRM LLC**

By: /s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com

11175 Cicero Drive, Suite 100
Alpharetta, GA  30022
Phone: 678.242.5297
Fax: 678.802.2129

Counsel for Plaintiffs

                                **CRAWFORD & BROWN**
                                **LAW FIRM LLP**

                                By: /s/ *Jason L. Crawford*
                                Jason L. Crawford
                                Georgia Bar No. 193752
Post Office Box 1118              jason@crawfordandbrown.com
Columbus, GA  31902
Phone: 706.320.9646              Counsel for Plaintiffs
Fax: 706.494.0221