IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY ASKEW, PORTER BUTLER, and JOSEPH MCDUFFIE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOUTHERN PAN EMPLOYEE STOCK OWNERSHIP PLAN; AMERICAN STRUCTURAL CONCRETE, LLC f/k/a SOUTHERN PAN STRUCTURES LLC, as successor-in-interest to SOUTHERN PAN SERVICES COMPANY, in its capacity as SPONSOR or FIDUCIARY of the Southern Pan Employee Stock Ownership Plan; KEN DICKEY and JEREMY CANTRILL, in their respective capacities as PLAN ADMINISTRATORS or FIDUCIARIES of the Southern Pan Company Employee Stock Ownership Plan<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:18-cv-00309-MHC |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
STIPULATION OF SETTLEMENT, PLAN OF ALLOCATION,
CLASS COUNSEL'S APPLICATION FOR ATTORNEY
FEES, REIMBURSEMENT OF LITIGATION EXPENSES,
<u>AND CLASS REPRESENTATIVES' INCENTIVE AWARDS</u>**

For the reasons set forth in the accompanying Brief in Support of Motion for Final Approval Stipulation of Settlement, Plan of Allocation, Class Counsel's Application for Attorney Fees, Reimbursement of Litigation Expenses, and Class Representatives' Incentive Awards, Plaintiffs respectfully ask that the Court approve of the class action settlement as described therein.

This 19th day of November, 2019.

|  |  |
|---|---|
|  | **THE SHARMAN LAW FIRM LLC** |
| 11175 Cicero Drive, Suite 100<br>Alpharetta, GA  30022<br>Phone: 678.242.5297<br>Fax: 678.802.2129 | By: /s/ *Paul J. Sharman*<br>Paul J. Sharman<br>Georgia Bar No. 227207<br>paul@sharman-law.com |
|  | **CRAWFORD & BROWN<br>LAW FIRM LLP** |
| Post Office Box 1118<br>Columbus, GA  31902<br>Phone: 706.320.9646<br>Fax: 706.494.0221 | By: /s/ *Jason L. Crawford*<br>Jason L. Crawford<br>Georgia Bar No. 193752<br>jason@crawfordandbrown.com |
|  | Counsel for Plaintiffs |

## CERTIFICATE OF COMPLIANCE

I hereby certify that on November 19th, 2019, the undersigned prepared the foregoing with one of the fonts and point selections approved by the court in Local Rule 5.1(c).

|  |  |
|---|---|
|  | **THE SHARMAN LAW FIRM LLC** |
| 11175 Cicero Drive, Suite 100<br>Alpharetta, GA  30022<br>Phone: 678.242.5297<br>Fax: 678.802.2129 | By: /s/ *Paul J. Sharman*<br>Paul J. Sharman<br>Georgia Bar No. 227207<br>paul@sharman-law.com |
|  | **CRAWFORD & BROWN<br>LAW FIRM LLP** |
| Post Office Box 1118<br>Columbus, GA  31902<br>Phone: 706.320.9646<br>Fax: 706.494.0221 | By: /s/ *Jason L. Crawford*<br>Jason L. Crawford<br>Georgia Bar No. 193752<br>jason@crawfordandbrown.com |
|  | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2019, I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to the following counsel of record:

>Mr. Michael P. Bruyere
>Ms. Ze'eva R. Kushner
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA  30339

>Mr. William J. Sheppard
>James Bates Brannan Groover LLP
>3399 Peachtree Road, Suite 1700
>Atlanta, GA  30326

**THE SHARMAN LAW FIRM LLC**

| | |
|---|---|
| 11175 Cicero Drive, Suite 100 | By: /s/ *Paul J. Sharman* |
| Alpharetta, GA  30022 | Paul J. Sharman |
| Phone: 678.242.5297 | Georgia Bar No. 227207 |
| Fax: 678.802.2129 | paul@sharman-law.com |

**CRAWFORD & BROWN LAW FIRM LLP**

| | |
|---|---|
| Post Office Box 1118 | By: /s/ *Jason L. Crawford* |
| Columbus, GA  31902 | Jason L. Crawford |
| Phone: 706.320.9646 | Georgia Bar No. 193752 |
| Fax: 706.494.0221 | jason@crawfordandbrown.com |

Counsel for Plaintiffs

4